UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HAROLD PATE,

    Petitioner,

v.                                     CASE NO. 5:17cv245-MCR/CAS

JULIE JONES, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

# O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated September 13, 2018. ECF No. 21. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 21, is adopted and incorporated by reference in this Order.

2. The § 2254 petition for writ of habeas corpus, ECF No. 1, is **DISMISSED for lack of jurisdiction**.

3. Respondent's motion to dismiss, ECF No. 19, is **DENIED as moot**.

4. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 15th day of October 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**